# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

MICHAEL SAMUEL                                                                                           ADMITTED IN NY

February 23, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2024
```

<u>Via ECF; Total Pages: 1</u>
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:      *Morales et al v. Mama, LLC et al*
         Docket No.: 1:23-cv-11169-MMG

Dear Judge Garnett,

This firm represents plaintiffs Santos Morales and Alfredo Morales (hereinafter "Plaintiffs") in the above-referenced matter. On December 27, 2023, Judge Gregory H. Woods issued a Notice of Initial Pretrial Conference which scheduled the Initial Pretrial Conference on August 27, 2024, at 4:00 p.m. On February 15, 2024, the Clerk's Certificate of Default signed by the Clerk of the Court was filed with ECF Docket.

This letter-motion is written to respectfully (1) inform the Court that we will be filing a motion for default within 2 weeks; and (2) pursuant to Paragraph I (B)(5) of Your Honor's Individual Rules & Practices request an adjournment of the Initial Pretrial Conference *sine die*. This is the first request to adjourn the conference. The requested adjournment would not affect any other dates scheduled by the Court.

Thank you for your kind consideration and courtesies as to this matter.

Respectfully submitted,

/s/ Michael Samuel
By: Michael Samuel, Esq.

---

Application GRANTED. The Initial Pretrial Conference is hereby adjourned sine die. Plaintiffs shall move for default by no later than March 18, 2024.

SO ORDERED. Dated March 11, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE