```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANTOS MORALES, AND ALFREDO MORALES,
       *Plaintiffs,*

- *against* -             1:23-cv-11169-MMG

MAMA, LLC D/B/A MAMA'S FRIED CHICKEN,   DEFAULT JUDGMENT
OMAR DOE, RAFI DOE, SABID DOE, GUSTAVO
DOE AND "DOCTOR" DOE,

           *Defendants.*

---

  This action having been commenced on December 22, 2023, by the filing of the Summons and a Complaint; and a copy of the Summons and Complaint having been served on Mama, LLC d/b/a Mama's Fried Chicken, by serving defendant Mama, LLC d/b/a Mama's Fried Chicken, personally on January 18, 2024, as per Affidavit of service which was filed with the District Court via Electronic Case Filing on January 30, 2024 (Doc. #11). Defendant Mama, LLC d/b/a Mama's Fried Chicken, has failed to answer or otherwise move with respect to the complaint, and the time for answering the Complaint has been expired, and the Clerk's Certificate of Default has been issued on February 15, 2024, it is:

  ORDERED, ADJUDGED AND DECREED: That Plaintiffs have judgment against defendant Mama, LLC d/b/a Mama's Fried Chicken, in the liquidated amount of $167,249.29, as follows: for plaintiff Santos Morales: $126,173.72, and for plaintiff Alfredo Morales: $41,075.57; plus attorneys' fees, costs and disbursements of this action in the amount of $6,447.70.

Dated:  New York, NY                                SO ORDERED:

       May 21, 2024

                                                         MARGARET M. GARNETT
                                                         United States District Judge